UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Land and Buildings Located at 333 Summit Ridge Drive, Lawrenceville, GA, with all Appurtenances and Improvements Thereon, Owned by George Kuiper<br><br>Land and Buildings Located at 2775 Old Shackleford Road, Suite 1001, Lawrenceville, GA, with all Appurtenances and Improvements Thereon, Owned by Cosmic Sales and Marketing, and<br><br>Land and Buildings Located at 1576 Creek Bend Lane, Lawrenceville, GA, with all Appurtenances and Improvements Thereon, Owned by George Kuiper | Civil No. 1:20-CV-721-LM |

AFFIDAVIT OF COLLEEN N. SAVAGE IN SUPPORT OF
MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

I, COLLEEN N. SAVAGE, hereby affirm and state as follows:

1. I am an Attorney of the law firm Sgro & Roger Attorneys At Law located at 720 S. 7th Street, 3rd Floor, Las Vegas, NV 89101 (702) 384-9800.

2. I submit this affidavit in support of the Motion for Leave to Appear *Pro Hac Vice* filed concurrently herewith.

3. I am currently a member of the bar of Nevada and am admitted to practice in the United States District Court for the District of Nevada (2019).

4.   I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice and have not been suspended or disbarred in any jurisdiction.

5.   There are no disciplinary proceeding pending against me nor have I been denied admission to practice before any court in any jurisdiction.

6.   I do not have any prior felony or misdemeanor criminal convictions.

7.   I not have any prior denials or revocations of *pro hac vice* status in any jurisdiction.

8.   I am familiar with the Local Rules of United States District Court for the District of New Hampshire.

I declare under penalty of perjury the foregoing is true and correct.

July 1, 2020

                                               **SGRO & ROGER**

                                               <u>/s/   Collen N. Savage</u>
                                               COLLEEN N. SAVAGE, ESQ.
                                               Nevada Bar No. 14947
                                               720 S. 7th Street, 3rd Floor
                                               Las Vegas, Nevada 89101
                                               Telephone: (702) 384-9800