## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|        v. | )   Civil No.  20-cv-721-LM |
| | ) |
| Land and Buildings Located at 333 Summit Ridge Drive, | ) |
| Lawrenceville, GA, with all Appurtenances and | ) |
| Improvements Thereon, Owned by George Kuiper, et al, | ) |
| | ) |
|        Defendants *in rem*. | ) |

### JOINT STATUS REPORT

The United States and Colleen Savage, Esq., counsel for the claimant, George Kuiper, hereby notify the court that settlement negotiations are ongoing in a related criminal investigation.

Accordingly, this civil case should remain stayed pending resolution of the related criminal matter.   The United States is filing this report on behalf of both parties.

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney

Dated:  November 16, 2020       By:   /s/ Robert J. Rabuck
                                       Robert J. Rabuck
                                       N.H. Bar # 2087
                                       Assistant U.S. Attorney
                                       53 Pleasant Street
                                       Concord, New Hampshire
                                       603-225-1552
                                       rob.rabuck@usdoj.gov